UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMERCE WEST INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ANDREY LITVINCHUK,<br><br>　　　　　　　Defendant. | No. 2:18-cv-01738-RSL<br><br>**PLAINTIFF COMMERCE WEST INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

　　　Pursuant to FRCP 7.1(a), corporate Plaintiff Commerce West Insurance Company files this Corporate Disclosure Statement.

　　　Commerce West Commerce West Insurance Company, a California domiciled property and casualty insurance company, is a wholly owned subsidiary of ACIC Holding Co., Inc., a privately held Rhode Island stock corporation.  ACIC Holding Co., Inc. is in turn owned by MAPFRE U.S.A. Corp., a privately held Massachusetts corporation.  MAPFRE U.S.A. Corp. is a wholly owned subsidiary of MAPFRE Internacional S.A., a privately held company organized under the laws of Spain.  MAPFRE Internacional S.A. is a wholly owned subsidiary of MAPFRE S.A., a publicly traded company organized under the laws of Spain.  MAPFRE S.A. is traded on the Madrid and Barcelona Stock Exchanges.

No. 2:18-cv-01738
**CORPORATE DISCLOSURE STATEMENT** – 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

1    RESPECTFULLY SUBMITTED this 6th day of December, 2018.

2                                            MIX SANDERS THOMPSON, PLLC

3

4                                            */s/ Mark A. Thompson*
                                             Mark A. Thompson, WBSA No. 29730
                                             MIX SANDERS THOMPSON, PLLC
5                                            1420 Fifth Avenue, Suite 2200
                                             Seattle, WA 98101
6                                            Telephone:  206-521-5989
                                             Fax:  888-521-5980
7                                            E-mail:  mark@mixsanders.com
                                             Attorneys for Plaintiff Commerce West Insurance
8                                            Company

9                                            MIX SANDERS THOMPSON, PLLC

10

11                                           */s/ Sean V. Walton*
                                             Sean V. Walton, WSBA No. 44173
                                             MIX SANDERS THOMPSON, PLLC
12                                           1420 Fifth Avenue, Suite 2200
                                             Seattle, WA 98101
13                                           Telephone:  206-521-5989
                                             Fax:  888-521-5980
14                                           E-mail:  sean@mixsanders.com
                                             Attorney for Plaintiff Commerce West Insurance
15                                           Company

16

17

18

19

20

21

22

23

24

No. 2:18-cv-01738
**CORPORATE DISCLOSURE STATEMENT** – 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE AND INTENT TO VIDEO RECORD DEPOSITIONS with the Clerk of the Court using the CM/ECF System and hereby certify that I will have via ABC Legal Messengers process serve the document to the following non CM/ECF participant:

<u>*Defendant*</u>
Andrey Litvinchuk
10921 6th Ave. W.
Everett, WA 98204

MIX SANDERS THOMPSON, PLLC

<u>*/s/ Sean V. Walton*</u>
Sean V. Walton, WSBA No. 44173
MIX SANDERS THOMPSON, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone:  206-521-5989
Fax:  888-521-5980
E-mail:  sean@mixsanders.com
Attorney for Plaintiff Commerce West Insurance Company

No. 2:18-cv-01738
**CORPORATE DISCLOSURE STATEMENT** – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980